STATE OF NEW JERSEY v. RALPH GUTHERIE.

June 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. AMADOR RIVERA.

June 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD HUTTON.

June 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. DOROTHY LEE WALKER.

June 8, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID POLK.

June 8, 1982.

Petition for certification denied.